Magistrate Judge Michelle L. Peterson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>LARISSA JORDAN,<br><br>Defendant. | CASE NO. MJ25-271<br><br>COMPLAINT for VIOLATION<br><br>Title 18, U.S.C. 2251(a), (e) |

BEFORE, Michelle L. Peterson, United States Magistrate Judge, U. S. Courthouse, Seattle, Washington.

The undersigned complainant being duly sworn states:

### COUNT ONE

**(Production of Child Pornography)**

On or about April 3, 2025, in Snohomish County, within the Western District of Washington, and elsewhere, LARISSA JORDAN employed, used, persuaded, induced, enticed, and coerced a minor to engage in any sexually explicit conduct, and attempted to do so, for the purpose of producing any visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, knowing and having

Complaint - 1
United States v. Larissa Jordan
USAO: 2025R00561

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

reason to know that such visual depiction will be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed, such visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depiction has actually been transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed.

All in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

And the complainant states that this Complaint is based on the following information:

I, Detective Michael Garcia, being first duly sworn on oath, depose and say:

1. I am a commissioned Police Officer employed by the City of Bothell. I have been with the Bothell Police Department since April 2019 and have been assigned to the Investigation Unit since 2021. I am currently a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI) Child Exploitation and Human Trafficking Task Force with Title 18 Authority. Prior to Bothell Police Department, I was employed by the City of Auburn as a Police Officer from October 2017 to April 2019, assigned to the patrol division. Prior to the Auburn Police Department, I worked as a Corrections Officer at the King County Jail from February 2009 to October 2017. I have successfully completed the 720 hours of the Basic Law Enforcement Academy and the 120 hours of the Corrections Officer Academy at the Washington State Criminal Justice Training Commission (CJTC), as well as all relevant field training with King County, Auburn PD and Bothell PD. Additionally, I routinely attend Internet Crimes Against Children (ICAC) trainings to supplement my basis of knowledge and investigative techniques.

2. The information contained in this affidavit was obtained from the investigation conducted by your affiant in addition to information provided to your affiant by other local and federal law enforcement agents. Because this affidavit is made for the

Complaint - 2
*United States v. Larissa Jordan*
USAO: 2025R00561

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

limited purpose of establishing probable cause for the arrest warrant, your affiant has not recited each and every fact known to your affiant as a result of this investigation.

## SUMMARY OF PROBABLE CAUSE

10. On April 25, 2025, Bothell Police Detective Parnell was notified by ICAC Task Force Seattle Police Department of a priority 1 CyberTip that originated in Lake Stevens, Washington associated with Kik user **roobearie.**

11. The Electronic Service Provider Kik issued a CyberTip to the National Center for Missing and Exploited Children (NCMEC) on or about April 5, 2025, at 07:55:55 hours UTC. According to the information reported by Kik, Kik user roobearie uploaded 1 jpg image and 1 mp4 video that contained depictions of minors engaging in sexually explicit conduct to the roobearie account on April 2, 2025, at 06:09:03 hours UTC and again on April 4, 2025, at 05:38:43 hours UTC from IP address 172.56.104.74 (Port: 21517). Kik provided the additional suspect account information to NCMEC: roobearie had an associated email address of jordanlarissa@rocketmail.com, display name 🔒Irish🍼 Princess ☘ and user ID roobearie_z0s and provided the two uploaded files which are described as follows:

   a. Filename 6ecc6a9a-bcdc-41e7-bfe1-266ef5991260.jpg: This image depicts a blonde Caucasian female between the approximate ages of 2 and 4 years based on her facial appearance, undeveloped breasts, undeveloped genitals, absence of pubic hair, and body structure. The child is depicted nude, laying on her back on top of a brown, white, and black animal print fleece blanket. Her legs are spread to display her vulva and anus, which are the subject of the picture and are the portion most in focus.

   b. Filename f2b71053-e442-4cea-9ef8-6b37ec7c8de8.mp4: This video depicts the same child as in the above-described image. The child is depicted nude, sitting on a toilet and looking down between her legs into the toilet bowl while saying "poop" repeatedly. The tub/shower has a green Seattle Seahawks shower curtain, and the child is

Complaint - 3
United States v. Larissa Jordan
USAO: 2025R00561

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

sitting on a toilet seat reducer (equipment designed to reduce the size of the toilet bowl to allow for a small child to safely use the toilet), that has some type of colorful pictures on it. There is a visible vanity which is white and dirty with a beige countertop and the floor appears to be a brown faux wood laminate.

I have reviewed these files and based on my training and experience, I believe the filename 6ecc6a9a-bcdc-41e7-bfe1-266ef5991260.jpg described above meets the federal definition of child pornography, as defined in 18 U.S.C. 2256(8).[1]

12. NCMEC provided additional data about the suspect account user in the cybertip including the following relevant information: (1) a possible date of birth of 1992; (2) a possible phone number of (425) 500-2666; (3) https://www.facebook.com/rissa.jorpepp displayed pictures of a child that resembled the child depicted in the two files described above; (4) an internet search of the username "roobearie" yeilded accounts located on TikTok (https://www.tiktok.com/@roobearie) and X (https://x.com/roobearie); (5) https://www.facebook.com/rissa.jorpepp page connected Jordan to the Facebook account of "Jon Whitwell (Irish)" (https://www.facebook.com/jon.i.whitwell/) and the photos displayed on Jonathan Whitwell's Facebook page included photos that appeared to depict the same bathroom as the one in the reported video described above; and (6) a Google search for user "roobearie" yielded a Linktree account[2] which provided additional account and online activity information, including: @IrishPrincess0522; Daddy_irish23 - Daddy/Baby boys Instagram <3; PrincessIrish0522; and Babybwrries - SFW Instagram.

---

[1] I am aware of the decision in *United States v. Perkins,* 850 F.3d 1109 (9th Cir. 2017). Based on the facts outlined in this affidavit, I will make these files available to the reviewing magistrate judge as part of this application.

[2] According to Google, Linktree is a tool designed for individuals, businesses, or influences active on social media platforms like Instagram, where restrictions exist on the number of links that can be directly shared. Linktree operates by providing users with a single link that redirects to a customizable landing page and a jumping off point for a users ther digital content.

Complaint - 4
*United States v. Larissa Jordan*
USAO: 2025R00561

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

10. Detective Parnell viewed the TikTok and X (formerly Twitter) accounts and observed the profile pictures depicted an adult Caucasian female with red hair and freckles and then confirmed the profile pictures matched Larissa Jordan's Department of Licensing photo. Detective Parnell also searched (425) 500-2666 using a publicly available website and confirmed the phone number was registered to Larissa Jordan. Detective Parnell followed the link on the linktree account for "Daddy_irish23" and was redirected to the Instagram page for "irish_prince23." The profile picture depicted a pant less adult female and a pant less adult male wearing a diaper. Detective Parnell recognized the female as Larissa Jordan and believed the male to be Jonathan Whitwell. Detective Parnell viewed body worn camera footage from a Bothell Police Department incident on September 10, 2024, depicting Jon Whitwell as a basis of comparison. Notably, Detective Parnell recognized Minor Victim 1 (DOB 2021) (hereafter MV1) as the child depicted in the image and video reported by Kik described above.

11. Detective Parnell also followed the linktree for "Babybwrries - SFW Instagram" and was directed to https://www.instagram.com/Babybwrries/. The profile picture appeared to depict Larissa Jordan and the following user information: "Bwrrieee Princess," "30 {0-4 little age}," "Taken by Daddy," and "NMIK – 18+." Based on my training and experience investigation child exploitation offenses, I know the following: (1) the acronym "NMIK" means no minors in kink; (2) the term "littles" often refers to the sexual abuse of young children and raises suspicion the phrase "30 {0-4 little age}" is actually an advertisement for Child Sexual Abuse Material (CSAM) images of children between the ages of 0 and 4 years.

12. As noted above, Jonathan Whitwell was previously contacted by the Lake Stevens Police Department for complaints regarding the safety of a minor child. On September 10, 2024, Lake Stevens PD officers contacted Whitwell at his residence located at 10018 5th Place SE #C10, Lake Stevens, after a neighbor reported hearing Whitwell yelling "Just shoot me." Officers discovered Whitwell was home alone with his

Complaint - 5
United States v. Larissa Jordan
USAO: 2025R00561

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

minor child, MV1. Though officers did not observe signs of abuse or neglect, contact was made with Whitwell on September 10, 2024, due to a report Lake Stevens PD received a week prior in which Whitwell was heard yelling at MV1, "Stop crying or I'm going to shoot you." During the September 10, 2024, incident officers confirmed that MV1 is the daughter of Jonathan Whitwell and Larissa Jordan and that Whitwell cares for MV1 while Jordan is at work.

13. Lake Stevens Police Department contacted Whitwell and Jordan on April 16, 2025, at Safeway and transported the duo to the Lake Stevens Police Department where they were interviewed simultaneously, but separately. Following advisement and wavier of his constitutional rights, Whitwell submitted to a recorded interview. Whitwell disclosed having frequently used social medial platforms Facebook, Instagram, and Snapchat and reported that he no longer uses Kik though the app was not deleted from his phone (iPhone 15 Pro MAX IMEI 356511210643371). Whitwell reported having approximately 100 fetishes, including the fetish of adult baby diaper lover (though he denied deriving sexual gratification therefrom). Whitwell denied involvement with or knowledge of sexual abuse or sexual abuse images of MV1 and reported that he hated being away from MV1 even while she was at daycare, because he loves her so much and wants to always be around her. Whitwell reported that MV1 is almost never alone with Jordan and is very particular about who he leaves MV1 with, but could not explain why other than to say he wants to be with her all the time.

14. Detective Parnell described the cybertip image of MV1 to Whitwell. Whitwell denied knowledge the photograph had been taken, but admitted it was conceivable Jordan would have taken such a photo to sell. When asked how he felt about a sexually explicit image of MV1 being on the internet forever, Whitwell replied something to the effect of, "it was going to happen eventually" and elaborated by referring to the current online culture and how common nude images of children online are.

Complaint - 6
United States v. Larissa Jordan
USAO: 2025R00561

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

15. Whitwell reported being in a romantic relationship with Jordan for six years and confirmed Jordan is involved in a romantic relationship with someone she met online from Everett who goes by the name "Panda." Whitwell further confirmed Jordan is the administrator for several Kik chat groups related to "kinks" and is interested in bestiality.

16. Following advisement and wavier of her constitutional rights, Jordan submitted to a recorded interview. Jordan confirmed that her previous Kik username was roobearie and reported that the account was shutdown causing her to generate a new username, roobearyv2. Jordan reported her email address is larissajordan85@gmail.com. Although she initially denied any involvement or knowledge of MV1 being sexually exploited, Jordan eventually admitted that she was in a bondage and discipline, dominance and submission, sadism and masochism relationship with Panda, whom she communicates with online. Jordan further admitted that she has a "punishment contract" with him which requires her to receive some kind of anal penetration if she disobeys him. The contract also states that Panda will call Whitwell and tell him all of her secrets if she does not obey Panda. Jordan claimed the video and photo depicting MV1 were taken prior to meeting Panda, but admitted that she sent them to Panda when he demanded it. Jordan admitted to having two images of MV1's vagina, specifically: (1) one she claimed depicted a rash; (2) one video of MV1 in the bathtub depicting only her buttocks; and (3) at least one, but possibly two videos of MV1 going to the bathroom in the spirit of celebrating potty training. Jordan wrote an apology letter to MV1 that said in part, "I've done you wrong, you don't deserve to be seen [sic] in that way yet, you are the reason I continue…I'm sorry your images are exposed, I deserve whatever happens to me."

17. Both Whitwell and Jordan provided the pin codes to unlock their phones and other devices. A manual search of Jordan's iPhone 15 MAX (IMEI 351016868554123) phone confirmed it contained the reported image of MV1 described above, with a created date of April 3, 2025, and subsequently "favorited."

Complaint - 7
*United States v. Larissa Jordan*
USAO: 2025R00561

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

18. A residential search warrant was executed at the 10018 5th Pl SE Apt C10, Lake Stevens address while Whitwell and Jordan were being interviewed by law enforcement. The blanket depicted in the image file and the toilet seat reducer depicted in the video file were located and seized by law enforcement. Additionally, the following digital devices were seized by law enforcement and are pending completion of a forensic examination: (1) one Amazon Kindle Tablet; (2) one HP Laptop; (3) one Amazon Tablet with Purple Cover; (4) one Android cellphone; (5) one Hitachi Hard Drive; (6) one HP Computer Tower; (7) one iPhone; (8) one SanDisk Thumb Drive; (9) one Sony 32 MB SD Card; (10) three Thumb Drives found in clear tote; (11) one Android Cellphone; and (12) one iPhone.

19. During a forensic analysis of Jordans iPhone, Detective Parnell located the reported image and information associated there with: (1) Image file name of "IMG_2374", (2) file capture date of April 3, 2025, at 10:38:38 PM PST, and (3) based on the image meta data, the image was captured on Jordan's iPhone with a GPS location of 10018 5th Place SE, Lake Stevens. NCMEC had the upload date of this image as April 4, 2025, at 05:38:43 AM UTC (April 3, 2025 at 10:38:43 PM PST). Notably, Detective Parnell appeared to have located additional images of this reported image which showed the file had been edited and forensic analysis of the file differences is ongoing.

20. The initially available forensic information had limited data relating to Jordan's Kik conversation with user "Panda" due to Jordan's deletion of the account following the NCMEC cybertip. Jordan's iPhone had a more recent Kik account of roobearyv2 that contained limited conversations with "Panda." Forensic analysis of the extraction data is ongoing. Whitwell's iPhone contained non-lascivious files of MV1 toileting and images of MV1's vagina with a severe rash. No Kik conversations of note were observed.

21. During a thorough review of the data from Jordan's iPhone, Detective Parnell found additional evidence of Jordan's sexual interest in minors and communications with others that involved sexually assaulting children. The discovery of

Complaint - 8
United States v. Larissa Jordan
USAO: 2025R00561

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

these conversations has initiated an emergent investigation into active abuse of multiple minor children.

22. One example of Jordan's sexualized interest in minors observed by Detective Parnell was located in a Kik conversation on Jordan's iPhone between Jordan and another user from Jordan's new Kik account "roobeariev2." Within that conversation, Detective Parnell found an image that Jordan sent to another user on April 13, 2025, at 18:38 hours that depicted a young boy between the approximate ages of 7 and 9 performing oral sex on an adult female. Both the boy and the female were completely nude. Detective Parnell estimated the boys age based on his relative body size, absence of body hair, undeveloped muscles, and overall body structure. Based upon her training and experience, Detective Parnell believed this file met the Washington State definition of a depiction of a minor engaged in sexually explicit conduct.[3]

23. Jordan informed one Kik user she received that image from another user – a father - she was communicating with on Kik and Proton mail email account.[4] Jordan sent several screenshots of her conversation with the father to a person she was chatting with on Kik. Jordan's Kik communications discuss a family that is actively abusing their four children and included a picture of the purported parents and several images Jordan claimed to be images of the father abusing his minor daughter. Law enforcement is actively working to identify these children and their parents. Jordan also sent a Kik user a screenshot of a portion of conversation with the father of the four children. The subject is "Naughty Near LS." The body says, "homeschooling helps. they know that if they said anything it would all stop. tell us more about ur daughter and what u hope to do together some day. if u do I'll show u some bad stuff too *[sic]*".

//

---

[3] I also viewed the file depicting a 7-9 year old boy performing oral sex upon an adult female and believe it meets the federal definition of child pornography.

[4] Based on my experience investigating internet crimes against children, I know Proton is not a U.S. based company and does not respond to law enforcement requests for data, therefore I have not attempted to preserve or retrieve the deleted emails from them.

Complaint - 9
*United States v. Larissa Jordan*
USAO: 2025R00561

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

24. Based on law enforcements concern that a father and mother are abusing their children, Detective Parnell sent an exigent requests for account information to assist in identifying the person purporting to be a father abusing his four children with his wife. Jordan's recovered communications on her iPhone demonstrate a sexualized interest in minors and provide evidence of her intention to produce files depicting sexually explicit conduct of MV1 to share with other like-minded individuals with whom she discussed the sexual abuse of minors.

## CONCLUSION

Based on the above facts, I respectfully submit that there is probable cause to believe that LARISSA JORDAN did knowingly and intentionally commit Production of Child Pornography, in violation of Title 18, United States Code, Sections 2251(a), (e).

MICHAEL GARCIA, Complainant
Task Force Officer, FBI

The above-named agent provided a sworn statement attesting to the truth of the foregoing affidavit in person on this 5th day of May, 2025.

Dated this 5th day of May, 2025.

MICHELLE L. PETERSON
United States Magistrate Judge

Complaint - 10
*United States v. Larissa Jordan*
USAO: 2025R00561

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970