UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>　　v.<br>LARISSA JORDAN,<br><br>　　　　　　　Defendant. | CASE NO. 2:25-cr-00105-LK<br><br>ORDER CONTINUING TRIAL AND PRETRIAL MOTIONS DEADLINE |

　　　This matter comes before the Court on Defendant Larissa Jordan's Unopposed Motion to Continue Trial and Extend Pretrial Motions Deadline, Dkt. No. 26. Ms. Jordan seeks to continue her trial date from February 2, 2026 to August 10, 2026 to and to continue the pretrial motions deadline from December 15, 2025 to a date "consistent with the new trial date." *Id.* at 1. The Government does not oppose the requested continuance. *Id*.

　　　Ms. Jordan is charged with one count of Production of Child Pornography in violation of 18 U.S.C. §§ 2251(a) and (e). Dkt. No. 14 at 1–2. At the arraignment, she pleaded not guilty to the charges, requested discovery, and was remanded to custody. Dkt. No. 20.

ORDER CONTINUING TRIAL AND PRETRIAL MOTIONS DEADLINE - 1

1    Ms. Jordan states that the government produced "three batches of discovery to the defense
2    on June 3, 2025, June 12, 2025, and August 10, 2025, respectively," Dkt. No. 26 at 2, and that
3    preparation for trial "will likely require expert assistance involving the analysis of electronic
4    devices," *id.* As such, Ms. Jordan's counsel requests additional time to review the discovery,
5    investigate the allegations, address legal issues, research pretrial motions, obtain records, continue
6    plea negotiations with the Government, and explain potential plea, trial, or sentencing
7    consequences to Ms. Jordan. *Id.* Ms. Jordan has waived her right to a speedy trial up to and
8    including September 8, 2026. Dkt. No. 27 at 1.

9    Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by
10   granting a continuance outweigh the best interest of the public and Ms. Jordan in any speedier trial.
11   Specifically, the Court finds that failure to grant the requested continuance would likely result in
12   a miscarriage of justice and would deny defense counsel the reasonable time necessary for effective
13   preparation, taking into account the exercise of due diligence, due to defense counsel's need for
14   more time to review discovery, investigate the allegations, address legal issues, research pretrial
15   motions, obtain records, consult with Ms. Jordan, and prepare for trial. *See* 18 U.S.C.
16   § 3161(h)(7)(B)(i), (iv). The Court finds that the additional time requested is a reasonable period
17   of delay and will be necessary to provide counsel and Ms. Jordan reasonable time to accomplish
18   the above tasks.

19   For these reasons, the Court GRANTS the motion, Dkt. No. 26, and ORDERS that the trial
20   date for Ms. Jordan shall be continued from February 2, 2026 to August 10, 2026, and that the
21   pretrial motions deadline shall be continued from December 15, 2025 to June 29, 2026.
22   //
23   //
24   //

It is further ORDERED that, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), the period of delay from the date of this Order to the new trial date is EXCLUDED when computing the time within which Ms. Jordan's trial must commence under the Speedy Trial Act.

Dated this 9th day of December, 2025.

Lauren King
United States District Judge