Magistrate Judge S. Kate Vaughan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LARISSA JORDAN,<br><br>　　　　　Defendant. | NO. CR25-105 LK<br><br>REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY |

The defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R. Crim. P., and has entered a plea of guilty to the charge contained in Count 1 of the Superseding Information. After examining the defendant under oath, I determined that the guilty plea was knowingly, intelligently, and voluntarily made, and that the offense charged supported by an independent basis in fact containing each of the essential elements of such offense.

//
//
//

Report and Recommendation - 1
*United States v. Jordan*, CR25-105 LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  I therefore ordered a presentence report.  Subject to the Court's consideration of the Plea
2  Agreement pursuant to Fed. R. Crim. P. 11, I recommend that the defendant be adjudged
3  guilty and have sentence imposed.

5  DATED this 14th day of January, 2026.

_____
S. KATE VAUGHAN
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Objections to this Report and Recommendation are waived unless filed and served within fourteen (14) days.  28 U.S.C. § 636(b)(1)(B).

Report and Recommendation - 2
*United States v. Jordan*, CR25-105 LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970