The Honorable Lauren King

1
2
3
4
5
6                    UNITED STATES DISTRICT COURT FOR THE
7                      WESTERN DISTRICT OF WASHINGTON
                                 AT SEATTLE
8
   UNITED STATES OF AMERICA,                    NO.  CR25-105 LK
9
                         Plaintiff,
10                                              ACCEPTANCE OF PLEA OF
                    v.                          GUILTY, ADJUDICATION
11                                              OF GUILT AND NOTICE
   LARISSA JORDAN,                              OF SENTENCING
12
                         Defendant.
13
14

15        This Court, having considered the Report and Recommendation of the United States

16   Magistrate Judge, to which there has been no timely objection, and subject to consideration

17   of the Plea Agreement pursuant to Fed. R. Crim. P. 11, hereby accepts the plea of guilty of

18   the defendant to the charge contained in Count 1 of the Superseding Information, and the

19   defendant is adjudged guilty of such offense.  All parties shall appear before this Court for

20   sentencing as directed.

21

22        IT IS SO ORDERED this _____ day of January, 2026.

23

24                                   _____
                                     LAUREN KING
25                                   UNITED STATES DISTRICT JUDGE

26

27

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970