UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LARISSA JORDAN,<br><br>               Plaintiff,<br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>               Defendant. | CASE NO. 2:25-cr-00105-LK<br><br>ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT |

      This Court, having considered the Report and Recommendation of United States Magistrate Judge S. Kate Vaughan, Dkt. No. 36, to which there has been no objection, and subject to consideration of the Plea Agreement, Dkt. No. 35, pursuant to Federal Rule of Criminal Procedure 11, hereby accepts Defendant Larissa Jordan's plea of guilty to the following charge:

- Attempted Enticement of a Minor, in violation of Title 18, United States Code, Section 2422(b), as charged in Count 1 of the Superseding Felony Information. Dkt. No. 31 at 1.

//

ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT - 1

1 | Ms. Jordan is adjudged guilty of such offense. All parties shall appear before this Court for
2 | sentencing on April 8, 2026, at 10:00 a.m. as previously ordered. Dkt. No. 33.

4 | Dated this 30th day of January, 2026.

*Lauren King*
Lauren King
United States District Judge

ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT - 2