UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br>   v.<br><br>LARISSA JORDAN,<br><br><br>              Defendant. | CASE NO. 2:25-cr-00105-LK<br><br>AMENDED ORDER FOR NO<br>CONTACT WITH MINOR VICTIM |

This matter comes before the Court on the parties' joint Motion for Imposition of an Amended No Contact Order. Dkt. No. 53. Having considered the motion and the Order from Snohomish County Juvenile Court dated March 5, 2026, Dkt. No. 55, the Court orders as follows:

IT IS ORDERED that the Motion for Imposition of an Amended No Contact with Minor Victim is GRANTED. The defendant is authorized to have supervised phone/video visitation at a minimum of thirty minutes twice per week with Minor Victim during the shorter of the following time periods: (1) the term of imprisonment imposed by the Court; or (2) the duration of time the Snohomish County Superior Court continues to permit such contact.

Dated this 14th day of April, 2026.

_Lauren King_
_____
Lauren King
United States District Judge

AMENDED ORDER FOR NO CONTACT WITH MINOR VICTIM - 1