UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>LARISSA JORDAN,<br>Defendant. | NO. CR25-105-LK<br>~~[PROPOSED]~~<br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture ("Motion") for the following property, which has already been forfeited by Defendant Larissa Jordan ("Subject Property"):

a. One IPhone 15Pro Max, bearing serial number JL7RW627NX, IMEI 351016868554123, seized from Defendant Jordan's person on or about April 16, 2025.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, as well as the Declaration of AUSA Jehiel I. Baer in Support of Motion for a Final Order of Forfeiture ("Baer Decl."), hereby FINDS entry of a Final Order of Forfeiture is appropriate for these reasons:



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1. The Subject Property is forfeitable pursuant to 18 U.S.C. § 2428(a), as property used to commit or to facilitate the commission of *Attempted Enticement of a Minor*, in violation of 18 U.S.C. § 2422(b), and/or constitutes proceeds of the offense;

2. On March 26, 2026, the Court entered a Preliminary Order of Forfeiture, finding the Subject Property forfeitable pursuant to 18 U.S.C. § 2428(a), and forfeiting Defendant's interest in it. Dkt. No. 43;

3. Thereafter, as required by 21 U.S.C. § 853(n)(1) and Fed. R. of Crim. P. 32.2(b)(6)(C), the United States published notice of the pending forfeiture (Dkt. No. 58), and sent direct notice, by means reasonably calculated to reach them, to two potential claimants, as required by Fed. R. Crim. P. 32.2(b)(6)(A) (*see* Baer. Decl. ¶ 2, Exhibits A–B); and

4. The United States has used all available effort to provide notice to identified potential claimants, by means reasonably calculated to reach them. *Id.* ¶ 2-3, Exhibits A–B);

5. The time for filing third-party claims has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the Subject Property exists in any party other than the United States;

2. The Subject Property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

///

///



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. The United States Department of Justice, the Federal Bureau of Investigation, and/or its representatives, are authorized to dispose of the property as permitted by governing law.

IT IS SO ORDERED.

DATED this 18th day of August, 2026.

Lauren King
THE HON. LAUREN KING
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Jehiel I. Baer*
JEHIEL I. BAER
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-2242
Fax: (206) 553-6934
Jehiel.Baer@usdoj.gov